**STATE of Missouri, Respondent,**

v.

**Raymond L. GRAHAM, Appellant.**

**No. WD 39433.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.

Application to Transfer Denied
May 17, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Defendant appeals jury trial conviction of assault in the first degree (§ 565.050,

RSMo 1987) and armed criminal action (§ 571.015 RSMo 1987).

Judgment affirmed. Rule 30.25(b).